Writ denied. The ruling of the Court of Appeal is correct.

DIXON, J., dissents from the refusal to grant writs, being of the opinion that the court of appeal is incorrect. R.S. 18:365 should not prevent nomination by qualification papers when the only nominee of the party was certified; and not "nominated at or through a primary."

266 So.2d 915

**STATE of Louisiana**

v.

**O. E. PRICE and L. H. Padgett, Jr.**

No. 52849.

Oct. 9, 1972.

Application denied. The State has an adequate remedy by appeal—in fact, it has taken an appeal returnable in this Court on Oct. 31st, 1972.

266 So.2d 915

**Florence Tye JENNISON**

v.

**Wade O. MARTIN, Jr., Secretary of State, State of Louisiana, et al.**

No. 52888.

Oct. 13, 1972.

Writ refused. The judgment is correct.